```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

**ALBERT F. LANKSTER,**            :
                                    :
    **Plaintiff,**             :
                                    :
**vs.**                             : CIVIL ACTION NO. 11-00434-WS-B
                                    :
**ANDRO WILLIAMS,** *et al.,*       :
                                    :
    **Defendants.**            :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED with prejudice** prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **DONE** this 20th day of March, 2012.

                                            s/WILLIAM H. STEELE
                                            **CHIEF UNITED STATES DISTRICT JUDGE**