IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ALBERT F. LANKSTER,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 11-00434-WS-B |
| **ANDRO WILLIAMS,** *et al.*, | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED with prejudice** prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE** this 20th day of March, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE